UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-0331 MHP |
| Plaintiff, | ) | |
| | ) | **ORDER** [proposed] |
| v. | ) | |
| LINDA HENDERSON | ) | |
| Defendant | ) | |

On August 2, 2010, the parties made their initial appearance before the Undersigned in the above-captioned case. Plaintiff, the United States of America, was represented by Assistant United States Attorney Robin L. Harris. Defendant, Linda Henderson, was represented by Assistant Federal Public Defender Shawn Halbert. The case was continued to September 20, 2010 at 10:00 a.m. in order to permit the defense to review discovery and to enable the parties to discuss a possible disposition.

The parties jointly requested that the time from August 2, 2010 up to and including September 20, 2010 be excluded from the Speedy Trial Act for the effective preparation of counsel in light of the discovery produced to the defense and the unavailability of defense counsel for several weeks in August 2010. The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the time from August 2, 2010 through September 20, 2010 is excluded from the Speedy Trial Act for effective preparation of counsel as further augmented in the oral record of proceedings on August 2, 2010. The parties are further Order

1  ordered that if either party intends to object to the Honorable Marilyn Hall Patel presiding
2  over this case, the party so objecting shall file written notice with the Court by August 9,
3  2010.

6  DATED:   8/3/2010

IT IS SO ORDERED

Judge Marilyn H. Patel

Order

2