| | |
|---|---|
| 1 | JOHN M. RUNFOLA SBN 96058 |
| 2 | Attorney at Law<br>Pier 9, Suite 100 |
| 3 | San Francisco, California 94101<br>Telephone: (415) 391-4243 |
| 4 | Facsimile: (415) 391-5161 |
| 5 | Attorney for Defendant<br>LINDA HENDERSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0331 MHP |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED]** |
| v. | ) ) | **ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| LINDA HENDERSON, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robin L. Harris, counsel for the plaintiff, John M. Runfola, counsel for LINDA HENDERSON, that the hearing date now scheduled for January 10, 2011 at 10:00 a.m., is extended until January 24, 2011, at 10:00 a.m., or as soon thereafter as is convenient for the Court.

The parties are in the process of determining whether the case will settle or will proceed to motions and trial. To that end, the parties continue to exchange information and to discuss a proposed plea agreement.

Therefore, the parties respectfully request that the Court move the next hearing date from January 10, 2011 to January 24, 2011 for the purposes of continuity of and effective preparation of counsel, in order to provide defense counsel with adequate time to consult with the defendant.

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-0338 SI

1  No party objects to the requested continuance.

2

3     IT IS FURTHER STIPULATED  that the period from January 10, 2011 through January

4  24, 2011 be excluded from any time limits applicable under 18 U.S.C. § 3161.  The parties agree

5  that granting the exclusion would allow the reasonable time necessary for effective preparation of

6  counsel and would preserve continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

7  parties also agree that the ends of justice served by granting such an exclusion of time outweigh

8  the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

9

10  SO STIPULATED:

11

12  DATED: January 6, 2011                              /s/
                                                     JOHN RUNFOLA
13                                                   Attorney for LINDA HENDERSON

14
15  DATED: January 7, 2011                              /s/
                                                     ROBIN L. HARRIS
16                                                   Assistant United States Attorney

17                                        [PROPOSED] ORDER

18        For the reasons stated above, the Court finds good cause to change the date for the next

19  status hearing from January 10, 2011  to January 24, 2011. The Court also finds that the

20  exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 10,

21  2011 through January 24, 2011  is warranted and that the ends of justice served by the

22  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

23  U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel

24  for the defendant and for the government the reasonable time necessary for effective preparation,

25  taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18

26  U.S.C. §3161(h)(7)(B)(iv).

27   //
    //
28

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING
TIME
CR 10-0338 SI

1  IT IS SO ORDERED. (2 page stip).

2  DATED: January 7, 2011

3          THE HONORABLE MARILYN PATEL
           United S...



STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-0338 SI