JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
LINDA HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LINDA HENDERSON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-10-0331 TEH <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER FOR CONTINUANCE OF** <br> **JULY 25, 2011 SENTENCING DATE** |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Robin L. Harris, counsel for the plaintiff, John M. Runfola, counsel for LINDA HENDERSON, that the sentencing date now scheduled for July 25, 2011 at 10:00 a.m., is extended until September 12, 2011 at 10:00 a.m., or as soon thereafter as is convenient for the Court.

　　　This continuance request is sought by counsel for the defense due to unavailability of counsel. Ms. Henderson lives in North Carolina which makes it difficult to meet and prepare her case for sentencing. Additionally, counsel for the defense is unavailable in the month of July and will be away the month of August on a previously planned vacation.

　　　　Therefore, the parties respectfully request that the Court move the next hearing date from July 25, 2011 to September 12, 2011 for the purposes of continuity of and

STIPULATION AND [PROPOSED] ORDER
CR 10-0338 SI

effective preparation of counsel, in order to provide defense counsel with adequate time to consult with the defendant.

The United States Probation Officer has approved the suggested continuance date. No party objects to the requested continuance.

IT IS FURTHER STIPULATED that the period from July 25, 2011 through September 12, 2011 be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties agree that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and would preserve continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

DATED: July 7, 2011                              /s/

                                                JOHN RUNFOLA
                                                Attorney for LINDA HENDERSON

DATED: July 8, 2011                              /s/

                                                ROBIN L. HARRIS
                                                Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds good cause to change the date for the next status hearing from July 25, 2011 to September 12, 2011. The Court also finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 25, 2011 through September 12, 2011 is warranted and that the ends of justice served by the continuance outweigh

STIPULATION AND [PROPOSED] ORDER
CR 10-0338 SI

the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 7/11/2011



HONORABLE THELTON E. HENDERSON
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 10-0338 SI